NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRADLEY E. GREEN,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2024-1615

---

Petition for review of the Merit Systems Protection Board in No. NY-0752-18-0034-I-1.

---

## JUDGMENT

---

RACHEL DEMAREST GOLD, Abrams Fensterman, LLP, Lake Success, NY, argued for petitioner.

DEANNA SCHABACKER, Office of the General Counsel, United States Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by ALLISON JANE BOYLE, KATHERINE MICHELLE SMITH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2025
Date

Jarrett B. Perlow
Clerk of Court